IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 16-15 J |
| | ) | |
| KENNETH SCOTT BOYD | ) | Filed Electronically |

POSITION OF THE GOVERNMENT
WITH RESPECT TO SENTENCING FACTORS

AND NOW comes the United States of America by its attorneys, Scott W. Brady, United States Attorney for the Western District of Pennsylvania, and Stephanie L. Haines, Assistant United States Attorney for said District, and pursuant to Local Criminal Rule 32.1(D) of the Local Rules of this Court, respectfully represents as follows:

1. The Government received the pre-sentence report for Kenneth Scott Boyd, and subsequently conferred with United States Probation Officer, Brian Frycklund, and Defense Counsel, Christopher B. Brown, Assistant Federal Public Defender, regarding the contents of the pre-sentence report.

2. Pursuant to the Sentencing Guidelines, the Government hereby gives notice it has adopted the findings of the pre-sentence report.

Respectfully submitted,

SCOTT W. BRADY
United States Attorney
PA ID No. 88352

s/ Stephanie L. Haines
STEPHANIE L. HAINES
Assistant U.S. Attorney
WV ID No. 9249

## CERTIFICATION

I hereby certify that I have previously discussed the above matters with the probation officer and counsel for Defendant. The government has no objections and has adopted the findings of the pre-sentence report.

Dated July 5, 2018

s/ Stephanie L. Haines
STEPHANIE L. HAINES
Assistant U.S. Attorney
319 Washington Street, Room 200
Johnstown, PA 15901
Phone:  (814) 533-4547
Fax:    (814) 533-4545
Email: stephanie.haines@usdoj.gov
WV ID No. 9249